We'll hear the last case to be argued, Michael v. GM. So I understand counsel for GM is here. You're prepared to answer any questions if we have any, but you're going to submit otherwise? Okay, thank you. Mr. Michael, when you're ready. Michael v. GM Good afternoon, gentlemen. I'd like to begin by stating this shouldn't even come to this point of me having to appeal this case because the motion was filed late as I proceeded in this paper. It was filed a day late and it was filed in the afternoon the next day. So instead of it being filed on April 30th, it was filed on May 1st at 1.28 p.m. That's going strictly against, it's going basically Brill v. City of New York. It's the same case all over again. The judge should have not even looked at this paperwork. I mean, it's, she's trying to take away my- The first version filed on time the day before? No. No? The first file was not filed. No, it was not. Okay. It was, and it was revised two days later as well. And there's also witnesses downstairs in the Pro Se clinic that were there with me that day, looking at it all day, seeing that the paperwork was not filed on time. The next day we saw that it was filed at 1.28 p.m. There was no version of it filed at all that day. Now, continuing on, there's also issues of that we haven't even gone to a jury or anything like that, and we have factual issues between the parties. All four of their expert witnesses claim that either I was not wearing the seatbelt or I was not wearing it properly, but it's clearly stated in the police report and checked off that not only was the seatbelt on, the lap portion of the belt was on. All four of their experts have used the testimony of someone, Travis Barrett, who testified in Honorable Arthur Diamond's court in Nassau County when we did this hearing for the uninsured, underinsured motor vehicle claim. And Travis Barrett's exact quotes are, the motor was running, but the airbags had deployed, and he could not remove the key, so he shut off the car and called 911 on his phone. He said that there were other cars that were stopped, and Mr. Michael was sitting on the passenger side seat after hitting the wall. Now, they're all stating, the experts are stating that I was either not wearing my seatbelt or I was not wearing it properly because of this statement that I was on the other side of the car. But if they actually took the whole context of what he stated, he also stated that the airbags deployed, which clearly we were in agreement on that it didn't deploy. They just don't, they believe that they should have not deployed. Meanwhile, the facts state that they should have deployed because of the angle of the hit and how fast I was going from the police report. It's really gotten to the point, I mean, I have pictures that could prove, anyone could look at these pictures and say the airbags should have deployed. The evidence of the actual ambulance report, the police reports, clearly state where the car was hit, that the airbags didn't deploy, that the seatbelt was on properly. There's also, I mean, evidence of, I don't know if I'm allowed to mention this because it's under protective seal with General Motors, but there's paperwork that shows testing on the seatbelts that were canceled, testing on the airbag sensors that were canceled. This case really should continue and go on to trial. All right. Thank you for your argument. Any questions? All right. Thank you. Then we'll reserve decision and we'll adjourn.